Memorandum Opinion issued February 6, 2003



 







In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00774-CV

____________


LOUIS D. McKINNEY, Appellant


V.


THERESA G. McKINNEY, Appellee






On Appeal from the 387th District Court

Fort Bend County, Texas

Trial Court Cause No. 01CV122759






MEMORANDUM OPINION

 This is an appeal from a judgment signed May 22, 2002. Appellant has been
granted two prior motions for extension of time to file his brief. On January 9, 2003,
this Court issued an ordered denying his third motion for extension of time to file his
brief and ordered him to file his brief by January 27, 2003. That time has passed and
appellant has not filed his brief. 

 Accordingly, appellant's appeal is dismissed for want of prosecution. See Tex.
R. App. P. 38.8.

PER CURIAM

Panel consists of Justices Hedges, Taft, and Wilson.

Do not publish. Tex. R. App. P. 47.